**Order filed July 20, 2016**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00614-CV
_____

### MAXIM CRANE WORKS, L.P., Appellant

### V.

### BERKEL & COMPANY CONTRACTORS, INC., Appellee

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 75576-CV**

## O R D E R

The clerk's record was filed August 24, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Designation of Reporter's Record.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before July 29, 2016, containing Designation of Reporter's Record.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM